DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440

Attorney for Plaintiff,
CYNTHIA HOPSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA,

## FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **RAMICO INCORPORATED**, as an entity and dba Waffle House, **SHAFIQ KHALIL MUHAREB**, as an entity and dba Waffle House, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **CASE NO.:** 1:15-cv-00822-AWI-GSA <br><br> **MOTION FOR CONTINUANCE OF DATE TO FILE DISMISSAL DOCUMENTS AND ORDER GRANTING THEREOF** |

**PLEASE TAKE NOTICE**, that Plaintiff, CYNTHIA HOSPON, through his attorney, Daniel Malakauskas, Esq. requests that the date to file the dismissal document be continued for ninety-five (95) days.

I, DANIEL MALAKAUSKAS, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

1. I am an attorney representing the plaintiff, Cynthia Hopson, in this lawsuit. I am competent to testify and am personally familiar with the facts of this case. I became personally familiar with the facts of this case either through my own personal knowledge, information my

client and, or, private investigator, and, or, process server, and, or, records researcher gave me, or be reviewing the Court's case file.  If called to testify, I would testify as follows:

2. On May 10th, 2016, the Plaintiff and Defendants agreed to the terms of the settlement.  Plaintiff, through her attorney filed a notice of settlement.  The parties initially believed it would take Defendants thirty days to perform under the agreement.

3. On May 24th, 2016, Plaintiff sent a signed settlement agreement to Defendants.

4. On May 31st, 2016, Defendants returned a signed settlement agreement.

5. However, Defendants through their attorney subsequently asked to modify the terms of the agreement in order to perform within roughly one-hundred and fifty days (150).

6. Plaintiff agreed to modify the terms.

7. Defendants have been performing under the terms of the agreement.

8. Plaintiff desires to have Defendants complete performance before the dismissal documents are filed.

9. For these reasons, Plaintiff asks for the Court's patience and requests an additional ninety-five (95) day continuance.

Dated: June 28th, 2016                                   Respectfully submitted,

                                                                       /s/Daniel Malakauskas
                                                                       By: Daniel Malakauskas,
                                                                       Attorney for Plaintiff

**ORDER**

**IT IS HEREBY ORDERED**, that the dismissal document due date is continued from June 28th, 2016, until September 30, 2016.

IT IS SO ORDERED.

Dated:  **June 29, 2016**                            /s/ *Erica P. Grosjean*
                                                                          UNITED STATES MAGISTRATE JUDGE

Request for Continuance to File Dismissal Documents, and Order Granting Thereof

3